UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 2:17-CR-106-PPS-JEM-1 |
| | ) | |
| BROOK BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

No objections have been timely filed to the report and recommendation of United States Magistrate Judge John Martin concerning defendant Brook Brown's plea of guilty. Without objection, then, I adopt Judge Martin's findings that defendant understands the matters enumerated in Fed. R. Crim. P. 11(b)(1), that defendant is competent to enter a plea of guilty, that defendant voluntarily wishes to plead guilty to the charge against him, and that there exists a factual basis for the plea.

ACCORDINGLY:

Judge Martin's Findings and Recommendation [DE 22] are **ACCEPTED AND ADOPTED**.

Defendant Brook Brown's plea of guilty to Count 1 of the Indictment, a charge of knowingly and intentionally possessing pseudophedrine, a listed chemical as defined in Title 21, United State Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture methamphetamine, a

schedule II controlled substance, all in violation of 21 U.S.C. §841(c)(2), is **ACCEPTED**, and he is adjudged guilty of that offense.

The sentencing of Brook Brown is set for June 21, 2018 at 10:00 a.m. Hammond/Central time.

**SO ORDERED.**

ENTERED: March 12, 2018.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT